George PHILP, Appellant, v. Richard L. NORTH and J. Grover Kelly, Co-receivers of the ELMER COMPANY, Ltd., Appellees.

No. 7411.

Circuit Court of Appeals, Ninth Circuit.

Oct. 18, 1934.

Melville R. Adams, of Venice, Cal., for appellant.

Walter J. Little and W. Eugene Craven, both of Los Angeles, Cal., for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon consideration of transcript and briefs filed, and after oral argument on behalf of appellees, ordered decree of District Court affirmed, that decree be filed and entered accordingly, and mandate issued as provided in rule 32.

Theresa RICE, Administratrix of the ESTATE OF Vincent CANTINO, Deceased, v. VANCOUVER STEAMSHIP COMPANY, Claimant of THE SS. CITY OF VANCOUVER.

No. 7527.

Circuit Court of Appeals, Ninth Circuit.

Sept. 12, 1934.

William P. Lord, of Portland, Or., for appellant.

Erskine Wood, of Portland, Or., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon hearing oral arguments of proctors for respective parties and consideration of the apostles on appeal and briefs filed in this cause, it is ordered that the decree of the District Court be affirmed, and that a decree be filed and entered accordingly.

PURITY STORES, Ltd., a Corporation, Appellant, v. J. M. LOPES and Mary Lopes, Appellees.

No. 7418.

Circuit Court of Appeals, Ninth Circuit.

Oct. 19, 1934.

Fred A. Watkins, of San Francisco, Cal., for appellant.

J. A. Chase, of Visalia, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

In this case, the court having heard the conflicting evidence and determined the facts in issue against the appellant, the judgment must be affirmed.

Nat RAY, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7314.

Circuit Court of Appeals, Fifth Circuit.

Oct. 16, 1934.

In forma pauperis.

Nat Ray, of Atlanta, Ga., in pro. per.

Lawrence S. Camp, U. S. Atty., and H. T. Nichols, Sp. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

On the authority of Aderhold v. Edwards (C. C. A.) 71 F.(2d) 297, the judgment is affirmed.